## ALABAMA GREAT SOUTHERN RAILROAD COMPANY *v.* BROCK.

BECK, J.  1. While the extracts from the charge of the court, complained of in the motion for a new trial, were not entirely free from verbal inaccuracies, they did not contain such material error as to afford ground for a new trial.

2. While the evidence supporting a verdict in plaintiff's favor was slight, it can not be held that the verdict was without evidence to support it.
*Judgment affirmed.    All the Justices concur.*
JUNE 15, 1914.

Action for damages. Before Judge Fite. Dade superior court. August 15, 1913.

*Maddox, McCamy & Shumate,* for plaintiff in error.
*W. H. Payne,* contra.